OPINION — AG — **** HIGHWAY COMMISSION — AWARDING OF ENGINEERING CONTRACT PRIOR TO VOTING OF BONDS **** THE STATE HIGHWAY COMMISSION HAS THE AUTHORITY TO LET ENGINEERING CONTRACTS ON HIGHWAYS THROUGH CITIES BEFORE THE PEOPLE THEREOF HAVE VOTED BONDS TO PAY FOR THE RIGHT OF WAY WHICH SUCH CITY IS REQUIRED TO FURNISH. CITE: 69 O.S. 1961 88 [69-88](A), 69 O.S. 1961 45 [69-45] (W. J. MOORE)